IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: DUTY ASSIGNMENT : No. 542
SCHEDULE FOR EMERGENCY : Judicial Administration
PETITIONS IN THE YEAR 2021 : Docket

### ORDER

**PER CURIAM:**

    **AND NOW**, this 24th day of December, 2020, the emergency duty assignment for the year 2021, is herewith adopted.

| | | |
|---|---|---|
| January | Justice Debra Todd | (Eastern District) |
| | Justice David Wecht | (Western District) |
| February | Justice Max Baer | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| March | Justice Christine Donohue | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |
| April | Justice David Wecht | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| May | Justice Kevin Dougherty | (Eastern District) |
| | Justice Tom Saylor | (Western District) |
| June | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Christine Donohue | (Western District) |
| July | Justice Debra Todd | (Eastern District) |
| | Justice David Wecht | (Western District) |
| August | Justice Tom Saylor | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| September | Justice Christine Donohue | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |

| October | Justice David Wecht | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| November | Justice Kevin Dougherty | (Eastern District) |
| | Justice Tom Saylor | (Western District) |
| December | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Christine Donohue | (Western District) |